United States District Court
Southern District of Texas
**ENTERED**
December 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHALANE JOHNSON, Individually and on behalf of others similarly situated, § § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-23-3448 |
| § | |
| MHMR AUTHORITY OF BRAZOS VALLEY, § § § § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendants' Motion to Dismiss, this action is **DISMISSED WITH PREJUDICE**.

Costs shall be taxed against the Plaintiff.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, this 13th day of December, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE